**Abatement Order filed August 13, 2020**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00882-CR
NO. 14-18-00883-CR
_____

**KEISHUNN LAMONT REED, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1380046 & 1380047**

---

## ABATEMENT ORDER

On February 4, 2020, this court directed the trial court to conduct a hearing on appellant's motion for new trial. Our order required the trial judge to see that a record of the hearing was made and ordered the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the trial court's signed order ruling on the motion for new trial. The transcribed record of the hearing and the courts order were to be filed with the clerk of this court on or before May 4, 2020. To date, the court has not received the record or findings.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's ruling and a record of the hearing is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date. We order the trial court to conduct the hearing and file the record by **September 14, 2020.**

It is so ORDERED.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Poissant.